IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LORI ADCOCK, as Special Administrator of the Estate of SELMER NESET, Deceased, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUNRISE IV CRYSTAL LAKE SL LLC, d/b/a )<br>THE FOUNTAINS, an Illinois Limited Liability )<br>Company, )<br>)<br>Defendants. ) | Civil Action No.: 10CV7593<br>(Circuit Court McHenry County)<br>Illinois Case No.: 10 LA 401 |

## STIPULATION TO DISMISS

The parties, having resolved all matters in dispute, stipulate to the entry of an Order dismissing this matter with prejudice, each party to bear their own costs, and for whatever additional relief this Court deems appropriate.

Dated: 8/2/2011

_____
James P. Tutaj, Attorney for Plaintiff

Dated: 8/2/11

_____
Robert Sidkey, Attorney for Defendant

ENTERED:

_____
Judge

James P. Tutaj
**LAW OFFICES OF THOMAS J. POPOVICH**
Attorneys for Plaintiff
3416 West Elm Street
McHenry, IL 60050
815-344-3797